# EXHIBIT 1

# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Publix Super Markets, Inc.
Merriann Metz General Counsel & Secretary
Publix Super Markets Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811

07/12/2021

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Item: 2021-5826

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Entity Served: | Publix Super Markets, Inc. |
|---|---|---|
| 2. | Title of Action: | Katherine I. Lanning vs. Publix Super Markets, Inc. |
| 3. | Document(s) Served: | Civil Summons<br>Complaint<br>Cost Bond |
| 4. | Court/Agency: | Putnam County Circuit Court |
| 5. | State Served: | Tennessee |
| 6. | Case Number: | 2021-CV-128 |
| 7. | Case Type: | Negligence/Personal Injury |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Thursday 07/08/2021 |
| 10. | Date to Client: | Monday 07/12/2021 |
| 11. | # Days When Answer Due:<br>Answer Due Date: | 30<br>Saturday 08/07/2021 — CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | A. Vester Parsley, Jr.<br>Smithville, TN<br>(615) 597-5297 |
| 13. | Shipped To Client By: | Regular Mail and Email with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 431 |
| 16. | Notes: | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

801 US Highway 1 North Palm Beach, FL 33408 Tel: (561) 694-8107 Fax: (561) 694-1639
www.CorporateCreations.com

Case 2:21-cv-00030 Document 1-1 Filed 07/26/21 Page 2 of 9 PageID #: 5

| Putnam County | **STATE OF TENNESSEE** | Case Number |
|---|---|---|
| CIRCUIT COURT | **CIVIL SUMMONS** <br> page 1 of 1 | 2021-CV-128 |

| KATHERINE I. LANNING | Vs. | PUBLIX SUPER MARKETS, INC. |

Served On:
**Corporate Creations Network Inc.**     205 Powell Place, Brentwood, Tennessee 37037-7522
**Agent for Publix Super Markets, Inc.**

You are hereby summoned to defend a civil action filed against you in    Circuit    Court,    Putnam    County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 6/25/21                                                                      _[signature]_
                                                                                                    Clerk / Deputy Clerk

Attorney for Plaintiff:   **Brandon J. Cox 111 West Main Street, Smithville, Tennessee 37166**
                                    **(615) 597-5297**

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to    **Jennifer Wilkerson**,              Clerk,    Putnam    County
                    **421 E. Spring Street, Suite 1C49A, Cookeville, Tennessee 38501**

### CERTIFICATION (IF APPLICABLE)

I, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____                    _____
                                                                Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date _____                    By: _____
                                                                Please Print Officer, Title

Agency Address                                                    Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____    On _____    I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date _____                    _____
                                                                Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff                                    Plaintiff's Attorney (or Person Authorized to Serve Process)
                                                                (Attach return receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call Jennifer Wilkerson, ADA Coordinator, at ((931) 528-1508

Rev 03/11

## IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE

KATHERINE I. LANNING,
    Plaintiff,

vs.

Case No. 2021-CV-128
**JURY DEMAND**

PUBLIX SUPER MARKETS, INC.,
    Defendant.

### COMPLAINT

COMES NOW, your Plaintiff, KATHERINE I. LANNING, by and through counsel and would show unto this Court as follows:

1. The plaintiff, Katherine I. Lanning, is a citizen and resident of DeKalb County, Tennessee.

2. Defendant, Publix Super Markets, Inc. is a Florida Corporation, 3300 Publix Corporate Parkway, Lakeland, Florida 33811-3311, and its agent for service of process is Corporate Creation Network, Inc., 205 Powell Pl, Brentwood, Tennessee 37037-7522.

3. Defendant, Publix Super Markets, Inc. is the owner of Publix Super Markets store # 1634 located at 1265 Interstate Drive, Ste. 111, Cookeville, Tennessee 38501-4135.

4. The actions complained of in this complaint occurred in Putnam County, Tennessee.

5. Plaintiff avers that this court is properly vested with venue and jurisdiction.

6. Plaintiff, Katherine I. Lanning entered into Publix Super Markets situated at 1265 Interstate Drive in Cookeville, Tennessee on June 26, 2020 to shop for an upcoming 4th of July barbecue.

7. Plaintiff, with several items already in her cart, approached the produce department coolers to get orange juice and observed a store employee unloading a cart full of stock.

8. Plaintiff avers that the store employee moved the cart away allowing Plaintiff access to the cooler and Plaintiff stepped toward the cooler.

9. Plaintiff avers that as she stepped toward the cooler, she tripped over a box of stock in the floor.

10. Plaintiff avers that she fell very suddenly on her knees and ankle causing severe pain.

11. Plaintiff avers that after falling, she lay sprawled out on the floor of the store with many other customers gathering around which was humiliating.

12. Plaintiff avers that she was helped up by another customer and quickly realized that she had severe pain in her right foot and ankle.

13. Plaintiff avers that she reported the incident to the manager, Wayne Bogle and a Publix Customer Incident Report was generated and signed.

14. Plaintiff avers that she left the store without seeking medical attention, but soon after arriving home, she could not handle the pain and presented to her primary care provider for evaluation and treatment.

15. Plaintiff avers that she underwent x-rays and was prescribed pain medication and was confined to a wheel chair for a period of time before graduating to a walker and cane.

16. Plaintiff avers that she has underwent physical therapy for the knee and foot injury.

17. Plaintiff avers that the pain persists to this date.

18. Plaintiff avers that she was forced to cancel a family trip due to the injuries she sustained.

19. Plaintiff avers that she was unable to perform her daily living tasks for many weeks, including laundry, cooking, cleaning, grocery shopping, gardening, canning and other things.

20. Plaintiff avers that Defendant owed a duty to Plaintiff to exercise reasonable care with regard to its customers and to remove or warn of dangerous conditions on the premises.

21. Plaintiff avers that Defendant breached that duty of care when one of its employees carelessly left a box of stock in the floor and failed to warn of the box's presence.

22. Plaintiff avers that she sustained injury to her knees and right foot and ankle as a result of tripping over the box left by Defendant's employee.

23. Plaintiff avers that the Defendant knew about the dangerous condition as the Defendant's employee is the individual who placed the item on the floor or should have known of the same by exercise of reasonable diligence.

24. Plaintiff avers that the injuries she sustained was caused by Defendant's negligence.

25. Based upon the foregoing, allegations, plaintiff is entitled to recover a judgment in the amount of not to exceed one hundred thousand dollars ($100,000.00).

WHEREFORE, plaintiff demands the following:

A. That proper process issue and be served upon the Defendant, Publix Super Markets, Inc., and that the defendant be required to appear and answer the Complaint within the time required by law;

B. That plaintiff be awarded a judgment against the defendant in the amount of one hundred thousand dollars ($100,000.00).

C. That the costs of this action be awarded to plaintiff.

D.  That a jury of twelve persons be impaneled to try this cause.

E.  Such further and other general relief to which plaintiff may be entitled.

Respectfully submitted,

A. Vester Parsley, Jr., BPR # 005283
Brandon J. Cox, BPR # 032046
Attorney for Plaintiff
111 West Main Street
Smithville, TN 37166
(615) 597-5297

STATE OF TENNESSEE
COUNTY OF DEKALB

I, KATHERINE I. LANNING, after being first duly sworn according to law, do make oath that the facts set forth in the foregoing COMPLAINT are true and correct to the best of my knowledge, information and belief.

Witness my hand and seal this the 25th day of June, 2021.

KATHERINE I. LANNING

SWORN TO and subscribed before me this the 25th day of June, 2021.

NOTARY PUBLIC

My Commission Expires: 1/24/22

[Notary Seal: BRANDON JOE COX, STATE OF TENNESSEE NOTARY PUBLIC, DEKALB COUNTY]

## COST BOND

We, KATHERINE I. LANNING, as Principals, A. Vester Parsley, Jr and Brandon J. Cox, as Surety, are held and firmly bound unto the Circuit Court for Putnam County, Tennessee, for the payment of all costs awarded against the Plaintiffs. To that end, we bind ourselves, our heirs, and executors, and administrators.

The Principal is commencing legal proceedings in the Circuit Court for DeKalb County, Tennessee. If the Principal shall pay all costs which are adjudged against him, then this obligation is void. If the Principal fails to pay then the Surety shall undertake to pay all costs adjudged against the Principal. Mandated T.C.A. § 20-12-101, *et seq.*

_____
KATHERINE I. LANNING, PRINCIPAL

_____
A. VESTER PARSLEY, JR., SURETY

_____
BRANDON J. COX, SURETY

JUL 0 8 2021